UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 13-3144
———

UNITED STATES OF AMERICA

v.

TUYEN QUANG PHAM,
                    Appellant
———

(E.D. Pa. No. 5-08-cr-00427-004)
———

Present:  FISHER, JORDAN and HARDIMAN, *Circuit Judges*.
———

SUR PETITION FOR PANEL REHEARING
———


     The petition for rehearing filed by Appellant Tuyen Pham in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted.  A subsequent decision by the panel will follow this order.

                              BY THE COURT:



                              s/ D. Michael Fisher
                              Circuit Judge

Dated: July 9, 2015
tmm/cc:  Thomas A. Dreyer, Esq.
Frank A. Labor, III, Esq.
Emily McKillip, Esq.